UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWAN ISHMILL SPRAGANS, 97633-011,<br>            Plaintiff,<br>   v.<br>GREGORY J. AHERN, et al.,<br>            Defendant(s). | Case No. 18-cv-06326-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On February 12, 2019, the court dismissed plaintiff's complaint for damages under 42 U.S.C. § 1983 with leave to amend to allege specific facts in support of a claim of use of excessive force under the Eighth or Fourteenth Amendment, if possible. The court made clear that failure to file a proper amended complaint within 28 days would result in the dismissal of this action.

On February 14, 2019, plaintiff filed a notice of change of address.

On February 19, 2019, the court sent a copy of its February 12, 2019 order of dismissal with leave to amend to plaintiff at his new address. And because the order came back as undeliverable without a prisoner number, the court again on March 1, 2019 sent a copy of its February 12, 2019 order of dismissal with leave to amend to plaintiff at his new address, which this time included plaintiff's new prisoner number above.

More than 28 days have passed since the court on March 1, 2019 re-sent a copy of its February 12, 2019 order of dismissal with leave to amend to plaintiff at his new address; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: April 10, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWAN ISHMILL SPRAGANS,<br>　　　　Plaintiff,<br>　　v.<br>GREGORY J. AHERN, et al.,<br>　　　　Defendants. | Case No. 3:18-cv-06326-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawan Ishmill Spragans ID: 97633-011
USP Florence - High
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226


Dated: April 10, 2019

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____/s/ L. Scott_____
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER